# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:19-cr-00152 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | |
| TYLER MCCRARY | ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 34) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment; (2) accept Defendant's guilty plea to Count One of the one count Indictment; (3) adjudicate Defendant guilty of possession of a firearm by an unlawful user of a controlled substance in violation of 18 U.S.C. § 922(g)(3); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 15) pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 34) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by an unlawful user of a controlled substance in violation of 18 U.S.C. § 922(g)(3); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of

   Release (Doc. 15) pending further order of this Court or sentencing in this matter which is

   scheduled to take place before the undersigned on **December 18, 2020, at 2:00 p.m.**

**SO ORDERED.**


*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**